_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
February 23, 2016

SHELLEY D. KROHN, TRUSTEE
228 S. 4th Street, Suite 300
Las Vegas, NV 89101
E-mail: Shelley@TrusteeKrohn.com
Telephone: (702) 421-2210
Facsimile: (702) 366-1939

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | ) Case No. BK-S 16-10050 LED |
| | ) |
| BROWN, MONIQUE RASHAY | ) IN PROCEEDINGS UNDER CHAPTER 7 |
| | ) |
| | ) ORDER CONFIRMING AUTOMATIC |
| | ) DISMISSAL OF CHAPTER 7 CASE |
| Debtor(s) | ) |
| | ) (NO HEARING REQUIRED) |
| | ) |

The Request of Shelley D. Krohn (the "Trustee") having come before this Court and it appearing that the Debtor did not file her schedules within 45 days after the date of the filing of her petition, pursuant to Bankruptcy Code § 521(i), this case is dismissed as of the 46th day after the date of the filing of the petition.

Submitted by:

_____
SHELLEY D. KROHN, TRUSTEE

###